ELIZABETH MILLAR *v.* THOMAS MILLAR

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in Fairfield County at Stamford with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for either party.

Decided June 3, 1975

LOUISE G. SMITH *v.* DELAVAN P. SMITH

The defendant's motion in the appeal from the Superior Court in Litchfield County that no finding of facts be made by the trial court is denied.

*John A. Gawrych,* in support of the motion.

*Matthew J. Forstadt,* in opposition.

Submitted May 15—decided June 3, 1975

CONNECTICUT SAND AND STONE CORPORATION *v.*
ZONING AND PLANNING COMMISSION OF THE
TOWN OF AVON

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Arthur M. Nassau,* in support of the petition.

*Robert C. Hunt, Jr.,* in opposition.